Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

HOLLAND & HART 

JONES DAY

March 16, 2020

**Via ECF**

Honorable P. Kevin Castel
United States Courthouse
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007

*The March 27 conference is vacated.*
*SO ORDERED*
*[signature] USDJ*
*3-17-20*

Re:  *2238 Victory Corp. v. Fjallraven USA Retail, LLC, et al.*, 19-11733 (SDNY)

Dear Judge Castel:

We write on behalf of Plaintiff and all Defendants in the above-captioned matter to respectfully request that the Court adjourn the pre-trial conference currently scheduled for March 27, 2020 pending resolution of the motion to dismiss or further order of the Court, whichever is earlier. (Dkt. 12.)

On March 13, 2020, the Court issued an order in response to Defendant's second pre-motion letter setting out a briefing schedule for Defendants' Motion to Dismiss, but the pre-trial conference scheduled for March 27 was unaffected. (Dkt. 28.) In light of the current global crisis, the parties suggest that the requested adjournment will minimize unnecessary travel and benefit both the parties and the Court.

Respectfully,

/s/Jonathan M. Jacobsen
Jonathan M. Jacobson
Wendy Huang Waszmer
Wilson Sonsini Goodrich & Rosati PC
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
(212) 999-5800

*Attorneys for Defendant Netrush, LLC*

/s/ James Hartley
James Hartley
Timothy Getzoff
Holland & Hart
1800 Broadway, Suite 300
Boulder, CO 80302
(303) 245-2075

*Attorneys for Defendant Fjallraven USA Retail LLC and Fjallraven USA LLC*

/s/Pablo D. Hendler
Pablo D. Hendler
Aaron M. Healey
Jones Day
250 Vesey Street
New York, New York 10281

Honorable P. Kevin Castel
March 16, 2020
Page 2

                (212) 326-3821

*Attorneys for Defendant Fjallraven USA Retail LLC and Fjallraven USA LLC*