UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
2238 VICTORY CORP.,

                Plaintiff,                19-cv-11733 (PKC)

       -against-                            <u>ORDER</u>

FJALLRAVEN USA RETAIL, LLC, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The time for plaintiff to respond to the motion to dismiss is adjourned until June 26, 2020, at which time any large images may be mailed to the Court with a copy with black and white images filed on ECF.  Defendants may reply by July 23, 2020.

        Plaintiff's counsel is advised to copy opposing counsel on any future letter or email to the Court.

        SO ORDERED.

                                                             P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
       April 24, 2020