**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
2236 VICTORY CORP.,

                Plaintiff,

-against-                              19 **CIVIL** 11733 (PKC)

## JUDGMENT

FJALLRAVEN USA RETAIL, LLC,
FJALLRAVEN USA, LLC and NETRUSH, LLC,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 8, 2021, Defendants' motion to dismiss Count One of the Complaint is GRANTED. Count Two of the Complaint is DISMISSED as expressly abandoned. The Court declines to exercise supplemental jurisdiction over the remaining state law claims and they are dismissed without prejudice. Judgment is entered for the defendants; accordingly, this case is closed.

**Dated:**  New York, New York

      January 8, 2021

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                    **Clerk of Court**
                                 **BY:**
                                                    _____
                                                    **Deputy Clerk**